FANNY J. BENT, as Administratrix, etc., Appellant, *v.* MARY E. BENT et al., Respondents.

(Argued December 19, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 14, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Elon R. Brown* for appellant.

*John C. Trolan* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

----

THE PEOPLE ex rel. HENRY LANZANDOEN, Appellant, *v.* FRANK G. SCHIRMER, Sheriff, etc., Respondent.

(Submitted December 20, 1889; decided January 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 9, 1889, which affirmed an order dismissing proceedings on habeas corpus, and remanding the relator to the custody of defendant to serve out a criminal sentence.

*Walter J. Donohue* for appellant.

*Nelson H. Baker* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.